UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X  Chapter 7
IN RE:                                                                                Case No.: 11-770546-REG

GERARD DASILVA

                              Debtor(s)

-------------------------------------------------------------------X

## AFFIDAVIT PURSUANT TO LOCAL RULE 1009-1(a)

GERARD DASILVA, the Debtor herein by and through his attorneys, Steinberg, Fineo, Berger & Fischoff, P.C., affirms as follows:

1. The Debtor filed a petition under Chapter 13 on February 2, 2011.

2. Filed herewith is an amendment to Schedule "F" previously filed herein.

3. Annexed hereto (if applicable) is a listing setting forth the specific additions or corrections to, or deletions from, the affected list(s), schedule(s) or statement(s). The nature of the change (addition, deletion or correction) is indicated for each creditor or item listed.

4. An amended mailing matrix (if applicable) is annexed hereto, reflecting such changes that have been referred to above.

Dated: Woodbury, New York
         March 4, 2011

                                              Steinberg, Fineo, Berger & Fischoff, P.C.
                                              40 Crossways Park Drive
                                              Woodbury, New York 11797
                                              (516) 747-1136

                                              _____
                                              Gary C. Fischoff

SPECIFIC LISTING OF AMENDMENT

SCHEDULE "F"

Add Creditors:

1. Creditor:

   Dr. M Shirazi
   8306 Queens Boulevard
   Elmhurst, NY 11373

   | | |
   |---|---|
   | Account No.: | DASILVA |
   | | Claim Numbers: 0986741301 |
   | | 0986741302 |

   | | |
   |---|---|
   | Date of Claim: | 2008 |
   | Consideration for Claim: | Medical Services |
   | Amount: | $240.00 |

2. Creditor:

   Edgepark Medical Supplies
   1810 Summit Commerce Park
   Twinsburg, OH 44087

   | | |
   |---|---|
   | Account No.: | 0858095801 |

   | | |
   |---|---|
   | Date of Claim: | 2008 |
   | Consideration for Claim: | Medical Supplies |
   | Amount: | $367.54 |

3. Creditor:

   Northshore LIJ Laboratories
   10 Nevada Drive
   Lake Success NY 11042

   | | |
   |---|---|
   | Account No.: | DASILVA |
   | | Claim Numbers: 3632981601 |
   | | 3632981501 |
   | | 0470086401 |
   | | 2949146301 |

   | | |
   |---|---|
   | Date of Claim: | 10/08 |
   | Consideration for Claim: | Medical Services |
   | Amount: | $100.00 |

3.  Creditor:

    Usha Krishnamurthy, MD PC
    55-16 Main Street
    Suite 1B
    Flushing, NY 11355

    Account No.:           DASILVA
                           Claim Numbers: 3101004901
                                          2605569201
                                          2595258401
                                          2222053001
                                          1910316301
                                          1286887801

    Date of Claim:         2008
    Consideration for Claim: Medical Services
    Amount:                $7975.00

Dr. M Shirazi
8306 Queens Boulevard
Elmhurst, NY 11373

Edgepark Medical Supplies
1810 Summit Commerce Park
Twinsburg, OH 44087

Northshore LIJ Laboratories
10 Nevada Drive
Lake Success NY 11042

Usha Krishnamurthy, MD PC
55-16 Main Street
Suite 1B
Flushing, NY 11355

B6F (Official Form 6F) (12/07)

11-3381381

In re  Gerard DaSilva
       _____,
              Debtor

Case No. _____
         (If known)

# AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  DASILVA<br>Dr. M Shirazi<br>8306 Queens Boulevard<br>Elmhurst, NY 11373 | | | 2008<br>Medical Services<br><br>Claim Numbers: 0986741301<br>0986741302 | | | | 240.00 |
| ACCOUNT NO.  0858095801<br>Edgepark Medical Supplies<br>1810 Summit Commerce Park<br>Twinsburg, OH 44087 | | | 2008<br>Medical Supplies | | | | 367.54 |
| ACCOUNT NO.  DASILVA<br>Northshore LIJ Laboratories<br>10 Nevada Drive<br>Lake Success NY 11042 | | | 10/08<br>Medical Services<br>Claim Numbers: 3632981601<br>3632981501<br>0470086401<br>2949146301 | | | | 100.00 |
| ACCOUNT NO.  DASILVA<br>Usha Krishnamurthy, MD PC<br>55-16 Main Street<br>Suite 1B<br>Flushing, NY 11355 | | | 2008<br>Medical Services<br><br>Claim Numbers: 3101004901<br>2605569201<br>2595258401<br>2222053001<br>1910316301<br>1286887801 | | | | 7,975.00 |

0  Continuation sheets attached

Subtotal ➤ $ 8,682.54

Total ➤ $ 8,682.54

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)